UNITED STATES DISTRICT COURT          PRIORITY SEND
CENTRAL DISTRICT OF CALIFORNIA              JS-6

CIVIL MINUTES -- GENERAL

Case No.   **CV 10-277-JFW (PLAx)**                    Date:  March 5, 2010

Title:     George Manzano, et al. *-v-* Onewest Bank FSB, et al.

**PRESENT:**
        **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                      **None Present**
   **Courtroom Deputy**                    **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
           None                                      None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITH PREJUDICE FOR
                                   FAILURE TO FILE A FIRST AMENDED COMPLAINT**


        On February 24, 2010, the Court issued an Order dismissing Plaintiffs' Complaint and
directing Plaintiffs to file a First Amended Complaint by March 3, 2010.  In that Order, the Court
also advised Plaintiffs that failure to file an amended Complaint by March 3, 2010, would result in
the dismissal of Plaintiffs' first cause of action with prejudice.

        As of the date of this Order, Plaintiff have failed to file a First Amended Complaint.
Accordingly, Plaintiffs' first cause of action is hereby **DISMISSED with prejudice**, and Plaintiffs'
action is **DISMISSED without prejudice** to Plaintiffs re-filing any remaining causes of action in the
appropriate forum.  *See, e.g., Ferdik v. Bonzelet*, 963 F.2d 1258 (9th Cir. 1992).

        IT IS SO ORDERED.

Initials of Deputy Clerk  _sr_